UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THOMAS KLOS AND SUZANNE GRANGER,

               Plaintiffs,

    -against-

SHELLY MEYER, AND WAL-MART
STORES, Inc.,

               Defendants.

------------------------------------------------------------------X

JUDGMENT
05-CV- 5296 (SJF)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ **DEC 1 3 2005** ★
    P.M. _____
TIME A.M. _____

       An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on December 12, 2005, dismissing plaintiffs' claims; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal; it is

       ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that plaintiffs' claims are dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
      December 12, 2005

                                /S/
                 ROBERT C. HEINEMANN
                 Clerk of Court